UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. WALKER,<br><br>    Plaintiff,<br><br>    v.<br><br>KROL, et al.,<br><br>    Defendants. | Case No. 15-cv-05819-HSG<br><br>**ORDER DIRECTING PLAINTIFF TO COMPLY WITH LOCAL RULE 3-11; STAYING CASE DEADLINES** |

Civil Local Rule 3-11, Failure to Notify of Address Change, provides that "[a]n attorney or a party proceeding pro se whose address changes while an action is pending must *promptly* file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address." Rule 3-11(a) (emphasis added). The rule further provides that the failure to comply can result in dismissal of a complaint. Rule 3-11(b).

On August 16, 2016, Defendants filed a motion for extension of time to file a dispositive motion. Dkt. No. 15. Defendants indicated that they could not file a dispositive motion without taking Plaintiff's deposition and that their notice of deposition to Plaintiff was returned to counsel's office as undeliverable. Dkt. No. 15-1 at 2. Counsel indicates that he has "since learned that Plaintiff was released from custody of the San Francisco Sheriff's Department on May 10, 2016." *Id.*

Based on the above, the Court orders Plaintiff to comply with L-R 3-11 and "promptly" notify the Court and all parties of his new address. Failure to do so within 60 days of the date of this order may result in dismissal in accordance with the local rules.

All case deadlines are stayed pending Plaintiff's compliance with L-R 3-11.

**IT IS SO ORDERED.**

Dated: 8/18/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge