1

2

3

4                              UNITED STATES DISTRICT COURT

5                            NORTHERN DISTRICT OF CALIFORNIA

6

7    JEFFREY E. WALKER,
                                                 Case No.  15-cv-05819-HSG
                   Plaintiff,
8
                                                 **ORDER DENYING AS MOOT**
          v.                                     **PLAINTIFF'S REQUEST FOR AN**
9                                                **EXTENSION OF TIME TO COMPLY**
                                                 **WITH COURT ORDERS; SETTING**
10   KROL, et al.,                               **BRIEFING SCHEDULE**
                   Defendants.
                                                 Re: Dkt. No. 19
11

12

13        Plaintiff filed this *pro se* civil rights action under 42 U.S.C. § 1983, alleging that prison

14   officials at San Francisco County Jail violated his constitutional rights.  On August 16, 2016,

15   Defendants informed the Court that they had been unable to reach Plaintiff because he had been

16   released from the custody of the San Francisco Sheriff's Department on May 10, 2016, but had not

17   provided the Court or Defendants with notice of his new address.  Docket No. 15.  Defendants

18   requested an extension of time to file their dispositive motion, stating that they need to depose

19   Plaintiff in order to file a dispositive motion but had been unable to contact Plaintiff.  *Id.*

20        On August 18, 2016, the Court ordered Plaintiff to comply with Civil Local Rule 3-11 and

21   notify the Court and all parties of his new address.  Docket No. 16.  The Court stayed all deadlines

22   pending Plaintiff's compliance with Rule 3-11.  *Id*.  On October 4, 2016, Plaintiff informed the

23   Court of his new address via phone.  On October 12, 2016, Plaintiff filed a notice of change of

24   address with the Court and requested an extension of time to comply with court orders.  Docket

25   No. 19.  Plaintiff's request for an extension of time is DENIED AS MOOT.  There are no Court

26   orders requiring Plaintiff's response.

27        The Court sets the following briefing schedule.  By December 19, 2016, Defendants must

28   file and serve a motion for summary judgment or other dispositive motion.  Plaintiff's opposition

United States District Court
Northern District of California

1   to the summary judgment or other dispositive motion must be filed with the Court and served

2   upon defendants no later than 28 days from the date the motion is filed.  Defendants shall file a

3   reply brief no later than 14 days after the date the opposition is filed.

4          This order terminates Docket No. 19.

5          **IT IS SO ORDERED.**

6   Dated:   10/17/2016

7          _____

8          HAYWOOD S. GILLIAM, JR.
           United States District Judge

9

10

11

United States District Court
Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2