United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. WALKER,<br><br>    Plaintiff,<br><br>    v.<br><br>KROL, et al.,<br><br>    Defendants. | Case No. 15-cv-05819-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>Dkt. No. 25 |

    Good cause being shown, Defendants' motion for an extension of time to file a dispositive motion is **GRANTED**. Docket No. 25. Defendants shall file their dispositive motion **by April 18, 2017**. Plaintiff's opposition to the dispositive motion must be filed with the Court and served upon defendants no later than 28 days from the date the motion is filed. Defendants shall file a reply brief no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

    Plaintiff is ordered to approach the discovery process, including his deposition, with a spirit of cooperation.

    This order terminates Docket No. 25.

    **IT IS SO ORDERED.**

Dated: December 19, 2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. WALKER,<br><br>    Plaintiff,<br><br>v.<br><br>KROL, et al.,<br><br>    Defendants. | Case No.  15-cv-05819-HSG<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 19, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey E. Walker
Coalinga State Hospital 2138-6
P.O. Box 5003
Coalinga, CA 93210

Dated: December 19, 2016

                                                Susan Y. Soong
                                              Clerk, United States District Court

                                              By:_____
                                              Nikki D. Riley, Deputy Clerk to the
                                              Honorable HAYWOOD S. GILLIAM, JR.