UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. WALKER, | Case No. 15-cv-05819-HSG |
| Plaintiff, | **JUDGMENT** |
| v. | |
| KROL, et al., | |
| Defendants. | |

For the reasons set forth in the Order of Dismissal with Prejudice, this action is DISMISSED with prejudice. Judgment is entered in favor of the Defendants.

**IT IS SO ORDERED.**

Dated: 8/7/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge