UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. WALKER,<br><br>    Plaintiff,<br><br>v.<br><br>KROL, et al.,<br><br>    Defendants. | Case No. 15-cv-05819-HSG<br><br>**ORDER REQUIRING DEFENDANTS TO FILE RESPONSE**<br><br>Re: Dkt. No. 38 |

Plaintiff has filed a motion to reopen this action. Dkt. No. 38. Within twenty-eight (28) days of the date of this order, Defendants shall file a response to Plaintiff's motion.

**IT IS SO ORDERED.**

Dated: 3/21/2022

_Haywood S. Gilliam, Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge