UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY E. WALKER,

        Plaintiff,

   v.

KROL, et al.,

        Defendants.

Case No.  15-cv-05819-HSG

**ORDER DENYING AS MOOT REQUEST FOR EXTENSION OF TIME**

Re: Dkt. No. 45

     Plaintiff's request for an extension of time is DENIED as moot.  Dkt. No. 45.  There are no pending deadlines for Plaintiff.  Plaintiff has also requested a copy of the amended complaint in this action.  Dkt. No. 45 at 2.  This request is also denied as moot.  No amended complaint was filed in this action.  The Court has already sent Plaintiff a courtesy copy of his complaint, as well as of Dkt. Nos. 33, 35, and 36.

     This order terminates Dkt. No. 45.

     **IT IS SO ORDERED.**

Dated:  6/14/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California