UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. WALKER,<br>　　　　Plaintiff,<br>　　v.<br>KROL, et al.,<br>　　　　Defendants. | Case No. 15-cv-05819-HSG<br><br>**ORDER REQUIRING SUPPLEMENTAL BRIEFING** |

Plaintiff, an inmate housed at San Francisco County Jail, filed this *pro se* action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a renewed motion to vacate the judgment pursuant to Fed. R. Civ. P. 60(b)(6). Dkt. No. 49. Defendants have filed an opposition. Dkt. No. 51, and Plaintiff has filed a reply, Dkt. No. 52. According to the parties' filings, in or about November 2016, Plaintiff was involuntarily medicated pursuant to a court order; starting in July 2020, Plaintiff's physicians started tapering down his medication dosage; and, in March 2021, the state court terminated the involuntary medication order. Plaintiff alleges that he was only "partially functioning" during the taper-down period. The Court orders the parties to provide supplemental briefing addressing the following: (1) Plaintiff's medical treatment and medication regimen from July 2020 to March 2021; and (2) Plaintiff's mental capacity from July 2020 to March 2021. Defendants are ordered to file their supplemental brief by August 11, 2023. Plaintiff shall file his supplemental brief by September 8, 2023.

**IT IS SO ORDERED.**

Dated: 7/6/2023

　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge