UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. WALKER,<br><br>        Plaintiff,<br><br>    v.<br><br>KROL, et al.,<br><br>        Defendants. | Case No. 15-cv-05819-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING**<br><br>Re: Dkt. No. 56 |

Good cause being shown, Defendants' request for an extension of time for the parties to file their supplemental briefing is GRANTED. Dkt. No. 56. On July 6, 2023, the Court ordered the parties to provide supplemental briefing addressing the following: (1) Plaintiff's medical treatment and medication regimen from July 2020 to March 2021; and (2) Plaintiff's mental capacity from July 2020 to March 2021. Dkt. No. 54. In accordance with Defendants' request for an extension of time, Dkt. No. 56, Defendants are ordered to file their supplemental brief by September 25, 2023 and Plaintiff shall file his supplemental brief by October 23, 2023.

This order terminates Dkt. No. 56.

**IT IS SO ORDERED.**

Dated: 8/8/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge