UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. WALKER,<br><br>   Plaintiff,<br><br>   v.<br><br>KROL, et al.,<br><br>   Defendants. | Case No. 15-cv-05819-HSG<br><br>**ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**<br><br>Re: Dkt. No. 70 |

Pursuant to the December 16, 2024 referral notice from the United States Court of Appeals for the Ninth Circuit, Dkt. No. 70, the Court finds that the appeal is frivolous. On September 12, 2024, in a reasoned order and following supplemental briefing, the Court denied Plaintiff's request to reopen this action four years after its closure. Dkt. No. 66. Leave to proceed *in forma pauperis* on appeal is therefore DENIED and Plaintiff's *in forma pauperis* status is REVOKED. *See* 28 U.S.C. § 1915(a)(3); *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002). This case remains closed. The Clerk shall transmit a copy of this order to the Court of Appeals.

This order terminates Dkt. No. 70.

**IT IS SO ORDERED.**

Dated: 1/6/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge